IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| AMERICAN GENERAL FINANCIAL, | |
| Plaintiff, | **ORDER** |
| vs. | Case No.  2:98CV745B |
| MAZIE BAILEY, et al., | |
| Defendants. | |

The Court dismisses this case for failure to serve the summons and complaint within 120 days after the case was filed pursuant to Fed. R. Civ. P. 4(m).

DATED this 13 day of March, 2001.

                                      Dee Benson
                                      United States District Judge



alt

United States District Court
for the
District of Utah
March 13, 2001


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:98-cv-00745


True and correct copies of the attached were either mailed or faxed by the clerk to the following:

```
Mr. Kevin W Bates, Esq.
HATCH & JAMES
10 W BROADWAY STE 400
SALT LAKE CITY, UT  84101
JFAX 9,3636666
```